# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
JAN 27 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 5:15-MJ-1088-RN
Cellular Device Assigned Call Number (919) 638-4636, )
IMSI 310260419438195 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Search Warrant Affidavit Attachment A

located in the ___Eastern___ District of ___North Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:
See Search Warrant Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841 & 846 | Manufacture, distribute, or dispense, or possess with the intent to manufacture, distribute or dispense, a controlled substance, and conspiracy to do the same. |

The application is based on these facts:
See Affidavit in Support of an Application for a Search Warrant, and attached sheet.

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Leslie K. Cooley, AUSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/27/2016___

_____
*Judge's signature*

City and state: Raleigh, North Carolina

Robert T. Numbers, II
*Printed name and title*

## Addendum to Application for Search Warrant for Cellular Device Assigned Call Number (919) 638-4636, IMSI 310260419438195

The application is based on these facts:

See Affidavit in Support of an Application for a Search Warrant. To ensure technical compliance with the Pen Register Statute, 18 U.S.C. §§ 3121-3127, this warrant also functions as a pen register order. Consistent with the requirement for an application for a pen register order, I certify that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation. *See* 18 U.S.C. §§ 3122(b), 3123(b).