

FILED

MAY 20 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1088-RN
NO. 5:16-MJ-1090-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES, ACQUISITION OF GEOLOCATION AND CELL SITE DATA, AND USE OF A CELL SITE SIMULATOR FOR TELEPHONE NUMBER (919) 638-4636 | **MOTION TO UNSEAL** |

The United States hereby moves to unseal the above-captioned matters so that they may be produced in discovery in <u>United States v. Maurio Tajara Mitchell, et al</u>, No. 5:16-CR-111-D. The wiretap orders referenced in the applications and motions for the above-captioned matters have already been unsealed, and there is no further investigative need for this matter to remain sealed.

Respectfully submitted this the <u>20th</u> day of May, 2016.

JOHN STUART BRUCE
Acting United States Attorney

_/s/ Leslie K. Cooley_
LESLIE K. COOLEY
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Ph. (919) 856-4530
Fax: (919) 856-4487
E-mail: leslie.cooley@usdoj.gov
North Carolina Bar No. 33871